**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **MICHAEL ANDREW ROBINSON** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 26-41056-PWB** |
| **DEBTOR** | ) | |
| | ) | **JUDGE BONAPFEL** |

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that **MICHAEL ANDREW ROBINSON** has filed an Amended Plan and related papers with the Court seeking an order confirming the modified plan.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Confirmation of Modified Plan at 9:30am on November 4, 2026 in Courtroom 342, United States Courthouse, 600 E First St., Rome, GA 30161 which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 339, 600 East First Street, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

This 1st day of October, 2026

Respectfully Submitted,

/S/ Jeffrey B Kelly
Attorney for Debtor
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(706) 295-0030
(470) 600-1365 (fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **MICHAEL ANDREW ROBINSON** | ) | **CHAPTER 13** |
| | ) | |
| | ) | |
| **DEBTOR** | ) | **CASE NO. 26-41056-PWB** |
| | ) | |
| | ) | **JUDGE BONAPFEL** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2026, I electronically filed the foregoing Notice of Hearing on the Confirmation of Modified Plan with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filings to the parties or attorneys of record.

K. Edward Safir
Chapter 13 Trustee

I have also on this day caused a copy of the pleadings to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Quantum Group3
PO Box 788
Kirkland, VA 38083

Navy Federal Credit Union
820 Follin Ln. SE
Vienna, VA 22180

Exeter Finance, LLC
PO Box 166097
Irving, TX 75016

Georgia Department of Revenue
BK Section
PO Box 161108
Atlanta, GA 30321

OneMain Financial
Po Box 3251
Evansville, IN 47731

Progress Residential Borrower 5, LLC
PO box 451027
Atlanta, GA 31145

This 1st day of October, 2026

/s/Jeffrey B. Kelly

Attorney for Debtor
Georgia Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(470) 600-7165 (Fax)
lawoffice@kellycanhelp.com