**IT IS ORDERED as set forth below:**

**Date: October 13, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Michael Andrew Robinson<br><br>**Debtor**. | CASE NO. 26-41056-pwb<br>CHAPTER 13<br><br>Judge Paul W. Bonapfel |
| Progress Residential Borrower 5, LLC<br><br>**Movant**<br><br>v.<br><br>Michael Andrew Robinson, Debtor; Tara Robinson, Codebtor; and<br>K. Edward Safir, Trustee<br>**Respondents**. | CONTESTED MATTER |

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 14], as filed on September 1, 2026. A hearing was scheduled on Movant's Motion on September 30, 2026, upon notice Movant contends was proper. Movant and Debtor resolved the Motion by

evidencing their consent to terms contained herein, as further announced at the hearing on the Motion. No opposition at said hearing was announced by Codebtor.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated March 9, 2026 at a rate of $2118.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Michael Andrew Robinson and Tara Robinson, relative to certain property known as 57 Hamilton Blvd NW, Cartersville, GA 30120, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent in the amount of $10,316.99, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of August and September 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor and Codebtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that, by stipulation of both parties, the post-petition arrearage through September 2026 has been cured by Debtor as of September 19, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's office, as located at 7500 N. Dobson Rd, Ste 121, Scottsdale, AZ 85256

or to such address as may be later designated in writing. Failure to timely remit payment shall entitle Movant to an order lifting the stay to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning October 2026. Should Debtor default on the payments of the payments referenced above and/or the regular rental payments which come due according to the Lease through March 30, 2027, then upon notice of default sent by first class mail to Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of receipt of such notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor, Codebtor, and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) and 1301 without further notice or hearing.

[**END OF DOCUMENT**]

Consented to by:

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

Consented to by:

/s/ Jeffrey B. Kelly (w. exp. perm)
Jeffrey B. Kelly
GA Bar No. 412798
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
*Attorneys for Debtor*

Seen and No Opposition:

_/s/ Brandi L. Kirkland (w. exp. perm)___
Brandi L. Kirkland
GA Bar No. 423627
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 3030

Distribution List:

Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Michael Robinson, Debtor
57 Hamilton Blvd NW
Cartersville GA 30120

Tara Robinson, Codebtor
57 Hamilton Blvd NW
Cartersville GA 30120